1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

13

CENTRAL DISTRICT OF CALIFORNIA

14
15  SIGUE CORPORATION,

Case No. CV 05-08932 MMM (MANx)
(Honorable Margaret M. Morrow)

16              Plaintiff,

17       vs.

**[Proposed] ORDER OF DISMISSAL
WITH PREJUDICE OF
PLAINTIFF'S COMPLAINT**

18  HOUSTON CASUALTY COMPANY,
    a Corporation, and DOES 1 through 20,
19  inclusive

**Courtroom 780**

20              Defendants.

21
22
23       Plaintiff SIGUE CORPORATION and Defendant HOUSTON CASUALTY

24  COMPANY, by and through their respective counsel of record, having stipulated to

25  the dismissal with prejudice of Plaintiff's Complaint in its entirety, and good cause

26  appearing therefore,

27       ///

28

1    Plaintiff's Complaint is hereby dismissed with prejudice.

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    DATED:  February 15, 2008                    _Margaret M. Morrow_____

5                                                 Honorable Margaret M. Morrow
                                                  United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28